**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED
July 31, 2020 4:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: JW /8-6

Evonna Mathis
PO Box 230281, Grand Rapids, MI
# 616-216-3330           49523

Plaintiff(s),

v

Case No. 1:20-cv-713
Honorable Janet T. Neff
U.S. District Judge

US Attorney General (Grand Rapids)
C/o State of Michigan, i.e. State Marshall
5th flr Law Bldg., 330 Ionia Ave NW, Grand Rapids, MI 49503

Defendant(s).

- Federal question, of but not limited too;
- civil rights, and US constitution violations;
Gun rights
fair housing
fair credit (reporting) worthiness
Search & seizure / warrants - arrest
US constitution rights (5th amendment, freedom of speech, civil liberties, etc).

Citizenship
Employment CR of 1964
Civil Procedures, regarding state of michigan rules
tenant-landlord + Flint; genessee county
(probate, genessee county, Kent county; civil claims—
Small claims, Livingston county; 5th amendment,
Ottawa & Kent county; US constitution rights).
S/ Evonna Mathis  07/31/2020