UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVONNA MATHIS,

    Plaintiff,

v.

    Case No. 1:20-cv-713

    HON. JANET T. NEFF

UNITED STATES ATTORNEY GENERAL,
DEPARTMENT OF JUSTICE CENTER, and
UNITED STATES MARSHAL SERVICE,

    Defendants.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on August 11, 2020, recommending that Plaintiff's complaint be dismissed for failure to state a claim. On August 31, 2020, Plaintiff filed an Amended Complaint (ECF No. 10). On September 15, 2020, the Magistrate Judge issued a Report and Recommendation (ECF No. 11) recommending that Plaintiff's First Amended Complaint be dismissed. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 11) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's First Amended Complaint (ECF No. 10) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 6) is DISMISSED as moot.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

---

[1] Plaintiff is the only party that has appeared in the case at this time.

A Judgment will be entered consistent with this Order.

Dated:  October 9, 2020   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge